| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wise Oil & Gas No. 10, Ltd.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue — Check all that apply.

Gross revenue (before deductions and exclusions)

**From the beginning of the fiscal year to filing date:** From **01/01/2019** to Filing date
☐ Operating a business
☑ Other  **Working interest income from**  $11,517.69

**For prior year:** From **01/01/2018** to **12/31/2018**
☐ Operating a business
☐ Other  _____  $0.00

**For the year before that:** From **01/01/2017** to **12/31/2017**
☐ Operating a business
☑ Other  **Working Interest Income from**  $7,312.79

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor **Wise Oil & Gas No. 10, Ltd.**  
       Name

Case number (if known) _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See reason**<br>Insider's name<br><br>Street<br><br><br>City   State   ZIP Code<br><br>**Relationship to debtor** | | | **Effective February 2018 as documented on June 18, 2019, outstanding obligations of the Debtor were consolidated pursuant to a transaction with Wise Resources, Ltd. in the amount of $1,901,000.00 as evidenced by a promissory note and deed of trust recorded at I-2019-009144 Book 2561, page 362 in the McClain County, Oklahoma** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ledgerwood et al vs Wise Oil & Gas 10, Ltd. et al**<br><br>**Case number**<br>**CJ-2019-84** | Suit for damages from environmental contamination from oil and gas operations | **District Court of Garvin County, OK**<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Wise Oil & Gas No. 10, Ltd.**     Case number (if known) _____
       Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Griffith Jay & Michel, LLP** | | **November 2019** | **$5,000.00** |
| | Address | | | |
| | **2200 Forest Park Blvd.** <br> Street | | | |
| | **Fort Worth**    **TX**    **76110** <br> City       State    ZIP Code | | | |
| | Email or website address <br> **mpetrocchi@lawgjm.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor      **Wise Oil & Gas No. 10, Ltd.**                    Case number (if known) _____
                   Name

13. **Transfers not already listed on this statement**

    List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

    ☑ None

## Part 7:   Previous Locations

14. **Previous addresses**

    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**

    Is the debtor primarily engaged in offering services and facilities for:

    ■ diagnosing or treating injury, deformity, or disease, or

    ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Does the debtor serve as plan administrator?
            ☐ No.  Go to Part 10.
            ☐ Yes.  Fill in below:

Debtor  **Wise Oil & Gas No. 10, Ltd.**　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
Include settlements and orders.

☐ No
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **See item 7.1 in Part 3 above** | _____<br>Name<br>_____<br>Street<br>_____<br>City　　　State　ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

Debtor **Wise Oil & Gas No. 10, Ltd.**     Case number (if known) _____
        Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | **Dates of service** | |
|---|---|---|---|
| 26a.1. | **Mark E. Bryant & Tomoko Soliz**<br>Name<br>**6851 NE Loop 820 Ste. 200**<br>Street<br>**North Richland Hills, TX 76180**<br>City    State    ZIP Code | From **2017** | To **2019** |
| 26a.2. | **Justin M. Lauderdale**<br>Name<br>**Admire Sanford & Lauderdale PC**<br>Street<br>**3430 Hilldale Rd., Suite 100**<br>**Fort Worth**    **TX**    **76116-5414**<br>City    State    ZIP Code | From **6/2019** | To **present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Tomoko Soliz**<br>Name<br>**6851 NE Loop 820 Suite 200**<br>Street<br>**North Richland Hills**    **TX**    **76180**<br>City    State    ZIP Code | |

| Debtor | **Wise Oil & Gas No. 10, Ltd.** | Case number (if known) |
|---|---|---|
| | Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Allen Cocanougher** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **23.25%** |
| **DMC Asset, Ltd.** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **7.75%** |
| **EJC Asset, Ltd.** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **7.75%** |
| **RACS Asset, Ltd.** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **15.5%** |
| **JBC Asset, Ltd.** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **15.5%** |
| **RAC Asset, Ltd.** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **15.5%** |
| **CDC Asset, Ltd.** | **6851 NE Loop 820 Suite 200**<br>**North Richland Hills, TX 76180** | | **15.5%** |
| **William D. Patterson** | **704 Prince George Ct.**<br>**Southlake, TX 76092** | | **6%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **Wise Oil & Gas No. 10, Ltd.**                        Case number (if known)
        Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/26/2019**
        MM / DD / YYYY

**X /s/ Jamie Downing**                                    Printed name  **Jamie Downing**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **General Counsel of General Partner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes