UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:  Wise Oil & Gas No. 10, Ltd.                          CASE NO

                                                             CHAPTER   7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/26/2019                    Signature  *Jamie Downing*
                                    Jamie Downing
                                    General Counsel of General Partner

Date _____         Signature _____

Case 19-44785-mxm7 Doc 4 Filed 11/26/19 Entered 11/26/19 14:46:58 Page 2 of 3

Debtor(s): Wise Oil & Gas No. 10, Ltd.  
Case No.:  
Chapter: 7  
NORTHERN DISTRICT OF TEXAS  
FORT WORTH DIVISION

Arrow Pump & Supply of Seminole  
William L. Pogue  
1460 W. Wrangler Blvd.  
Seminole, OK 74868

Arthur W. Schmidt  
Mahaffey & Gore, P.C.  
300 N.E. 1st Street  
Oklahoma City, OK 73104

Balon Corporation  
Donald J. Kyte  
3245 S. Hattie Ave.  
Oklahoma City, OK 73129

CDC Asset, Ltd.  
6851 NE Loop 820 Suite 200  
North Richland Hills, TX 76180

CDC Asset, Ltd.  
6851 NE Loop 820, Ste. 200  
North Richland Hills, TX 76180

Cocanougher Family Trust  
6851 NE Loop 820, Ste. 200  
North Richland Hills, TX 76180

Cody J. McPherson  
MAHAFFEY & GORE, P.C.  
300 N.E. 1st Street  
Oklahoma City, OK 73104-4004

DDEC Ltd.  
6851 NE Loop 820, Suite200  
North Richland Hills, TX 76180

DDEC, Ltd.  
6851 NE Loop 820, Suite 200  
North Richland Hills, TX 76180

DMC Asset, Ltd.  
6851 NE Loop 820 Suite 200  
North Richland Hills, TX 76180

Don Ledgerwood  
10781 N CR 3110  
Maysville, OK 73057

East Story Gibson Sand Unit  
Unknown

EJC Asset, Ltd.  
6851 NE Loop 820 Suite 200  
North Richland Hills, TX 76180

Estate of Allen Cocanougher  
6851 NE Loop 820 Suite 200  
North Richland Hills, TX 76180

Internal Revenue Service  
Special Procedures  
Mail Code 5020 DAL  
1100 Commerce St.  
Dallas, TX 75242

JBC Asset, Ltd.  
6851 NE Loop 820 Suite 200  
North Richland Hills, TX 76180

Ledgerwood Family Farm, LLC  
Registered Agent, Stan Ledgerwo  
10781 N CR 3110  
Maysville, OK 73057

Mark D. Brown or Margo Brown  
Brown & Brown, P.C.  
12313 Hidden Forest Blvd.  
Oklahoma City, OK 73142

McClain County Treasurer  
121 N. 2nd Ave. #318  
Purcell, OK 73080

Michael G. McAtee, Adam Baker  
McAtee & Woods, P.C.  
410 N.W. 13th Street  
Oklahoma City, OK 73103

NEI, Ltd. c/o Timothy L. Martin  
Durbin, Larimore & Bialick  
920 N. Harvey  
Oklahoma City, OK 73102

Newkumet Exploration, Inc.  
2300 N. Lincoln Blvd. Rm 101  
Oklahoma City, OK 73105

Newkumet Exploration, Inc.  
500 W. Texas Ave #1410  
Midland, TX 79701

RAC Asset, Ltd.  
6851 NE Loop 820 Suite 200  
North Richland Hills, TX 76180

Ronald L. Walker, Robert Tomlin  
Maggie M. Logan  
Two Leadership Square, Suite 45  
211 N. Robinson Ave  
Oklahoma City, OK 73102

Shirley Ledgerwood  
10781 N CR 3110  
Maysville, OK 73057

Southcreek Petroleum Co., LLC  
Reg. Agnt. K. Chellie Massey  
10701 212th Street  
Blanchard, OK 73010

Stan Ledgerwood  
10509 N. County Road 3110  
Maysville, OK 73057

Steven Ledgerwood  
2028 E. Ben White Blvd.  
Suite 240 PMB 2846  
Austin, TX 78741

The Allen & Susan Jean Cocanoug  
6851 NE Loop 820, Suite 200  
North Richland Hills, TX 76180

Debtor(s): Wise Oil & Gas No. 10, Ltd.
Case No.:
Chapter: 7

Case 19-44785-mxm7  Doc 4  Filed 11/26/19  Entered 11/26/19 14:46:58  Page 3 of 3

NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Timothy L. Martin
Durbin, Larimore & Bialick
920 N. Harvey
Oklahoma City, OK  73102


Tina Ledgerwood
10509 N. County Road 3110
Maysville, OK  73057


US Trustee
Room 9C60
1100 Commerce St.
Dallas, TX  75242


William D. Patterson
704 Prince George Ct.
Southlake, TX  76092


Wise Asset No. 8, Ltd.
6851 NE Loop 820, Suite 200
North Richland Hills, TX  76180


Wise Capital, Ltd.
6851 NE Loop 820, Suite 200
North Richland Hills, TX  76180


Wise Oil & Gas Management No. 1
6851 NE Loop 820 Suite 200
North Richland Hills, TX  76180


Wise Oil & Gas No. 10, Ltd.
6851 NE Loop 820 Ste. 200
North Richland Hills, TX  76180


Wise Resources, Ltd.
6851 NE Loop 820
Suite 200
N. Richland Hills, TX  76180